

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 13−50283
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Cheryl Marie Macieira
     aka Cheryl Marie Karwick
  1604 Old Farm Drive
  HIckory, NC 28602
  Social Security No.: xxx−xx−1308

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Request for Notice/Notice of Appearance filed in the above referenced case on 04/22/2013 as document # 6 is defective for the reason(s) marked below:

  Debtor's name on document does not match name of debtor on the voluntary petition.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 23, 2013                                      Steven T. Salata
                                                           Clerk of Court

Electronically filed and signed (4/23/13)